IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-MJ-00068-FJS |
| Plaintiff, | |
| v. | **ORDER TRANSPORTING THE DEFENDANT TO THE DISTRICT OF KANSAS** |
| ELIAS SHAMSALDEEN, | |
| Defendant. | |

**ORDER**

On June 15, 2026, U.S. District Judge Holly Teeter, in the United States District Court, District of Kansas, issued an order that defendant Elias Shamsaldeen remain in custody until a review hearing is held in the District of Kansas and until the Court resolves the government's motion to review or until further order of the Court.

Therefore, IT IS HEREBY ORDERED that the defendant be transported to the District of Kansas, Kansas City Docket. The defendant is hereby remanded to the custody of the U.S. Marshals for the Eastern District of California, who are hereby ORDERED to remove him to the custodian of a place of confinement within the District of Origin, where the defendant shall be received and kept until discharged in due course of law.

IT IS SO ORDERED.

Dated:  __**June 23, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE